FILED IN OPEN COURT
ON 7-26-16 BC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-182-1FL(3)

UNITED STATES OF AMERICA )
)
v. ) **I N D I C T M E N T**
)
EDILCER ABIGAHIL SAQUIC-QUINONEZ )

The Grand Jury charges:

## COUNT ONE

**[False Representation of a Social Security Account Number;
42 U.S.C. § 408(a)(7)(B)]**

On or about May 25, 2016, in the Eastern District of North
Carolina, the defendant, EDILCER ABIGAHIL SAQUIC-QUINONEZ, in a
matter within the jurisdiction of the United States Social Security
Administration, for the purpose of obtaining something of value and
for other purposes, did knowingly and with intent to deceive, falsely
represent Social Security account number XXX-XX-3486 to have been
assigned by the Commissioner of Social Security to him, when in fact,
as the defendant then knew, such number is not the Social Security
account number assigned by the Commissioner of Social Security to
him.

All in violation of Title 42, United States Code, Section
408(a)(7)(B).

1

## COUNT TWO

**[False Claim of Citizenship in Order to Register to Vote; 18 U.S.C. § 1015(f)]**

On or about May 25, 2016, in the Eastern District of North Carolina, the defendant, EDILCER ABIGAHIL SAQUIC-QUINONEZ, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote.

All in violation of Title 18, United States Code, Section 1015(f).

## COUNT THREE

**[Aggravated Identity Theft; 18 U.S.C. § 1028A(a)(1)]**

On or about May 25, 2016, in the Eastern District of North Carolina, the defendant, EDILCER ABIGAHIL SAQUIC-QUINONEZ, did knowingly, and without lawful authority, use a means of identification of another person, to wit: the name, date of birth, and Social Security account number of a person having initials J.L.R.M., during and in relation to the commission of a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, false representation of a Social Security account number in connection with an application for an identification card before the North Carolina Department of Transportation, Division of Motor Vehicles, and did represent his name to be that of the person having initials J.L.R.M., with assigned Social Security account

2

number XXX-XX-3486, when in fact, as the defendant then knew, his real name was and is EDILCER ABIGAHIL SAQUIC-QUINONEZ, and Social Security account number XXX-XX-3486 was not assigned to him by the Commissioner of Social Security, in violation of Title 42, United States Code, Section 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).


[remainder of page intentionally blank]

3

## COUNT FOUR

**[Reentry of Removed Alien;
8 U.S.C. § 1326(a)]**

On or about June 17, 2016, in the Eastern District of North Carolina, the defendant, EDILCER ABIGAHIL SAQUIC-QUINONEZ, an alien, was found in the United States after having previously been excluded, deported, and removed from the United States at Columbus, Georgia, on or about April 29, 2015, and not having obtained the express consent of the Attorney General, or his successor, to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

7/ 26 /16
DATE

JOHN STUART BRUCE
Acting United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

4